# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

ROBERT POSTON

        **Plaintiff(s)**

**S U M M O N S**

vs.

JOANNE KENNEDY         CIVIL ACTION NO. #1:05-cv-02951-WMN

        **Defendant(s)**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:
        **3910 Gregory Drive**
        **Northbrook, Illinois 60062**

**an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.**

        Sincerely,

        Felicia C. Cannon, Clerk

        **By:** _____
                **Deputy Clerk**

**DATE:** _____