

Wright, Constable & Skeen, L.L.P.   Attorneys at Law

One Charles Center, 16th Floor • 100 North Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

2006 CENTENNIAL YEAR

FILED

2006 OCT -4 P 4: 29

October 3, 2006

RECEIVED IN THE OFFICE OF
JAMES K. BREDAR
UNITED STATES MAGISTRATE JUDGE

Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Louis J. Kozlakowski, Jr.
Robert W. Hesselbacher, Jr.**
Kenneth F. Davies
Stephen F. White
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*
Michael A. Stanley
Howard S. Stevens*

Associates
Eric T. Schline
Mollie G. Shuman*
Meighan Griffin Burton

Of Counsel
Francis N. Iglehart
P. McEvoy Cromwell
Douglas G. Worrall

Wm. P. Constable (1882-1976)
John D. Wright (1903-1976)

Towson Office
307 West Allegheny Avenue
Towson, Maryland 21204-4258
Phone 410-825-0750
Fax    410-825-0715

www.wcslaw.com

WRITER'S DIRECT DIAL/E-MAIL
(410) 659-1305/dskeen@wcslaw.com

The Honorable James K. Bredar, Magistrate Judge
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Poston v. Kennedy, et al.
           Civil Action No. 1:05-cv-02951 WMN
           Our File No. 11087.01

Dear Magistrate Judge Bredar:

    In response to Mr. Mehring's letter dated September 28, 2006, we object to the Plaintiff not personally attending the Settlement Conference. We also object to a postponement as our client, the representative for American Family Insurance Company, has already made travel arrangements from Illinois to attend the conference as scheduled as required by the court.

                              Very truly yours,

                              David W. Skeen

*[Handwritten notation: Objection overruled. Sett. Conf. set in for Nov. 20, 2006, as previously ordered. /s/ 10/4/06]*

cc:    Kurt Rasmussen, Esquire

DWS/meg

187981 v. (11087.00001

* Admitted in the District of Columbia and Maryland
** Admitted in the District of Columbia, Maryland and Virginia